# EXHIBIT F

 **Alex Liegl** @alexanderliegl · Aug 1

Just after midnight yesterday the first-ever operational CLR showed up in the @ERCOT_ISO market. That's @LAYER1OFFICIAL !





**Alex Liegl** @alexanderliegl · Jul 31

Confirmed by @ERCOT_ISO that @LAYER1OFFICIAL is the first operational Controllable Load Resource (aka virtual power plant) in the entire market!

Show this thread

💬 5     🔁 9     ♡ 46