# EXHIBIT G



**Alexander Liegl**
@alexanderliegl

This is what being a virtual power plant looks like. Software command instantly decreases or increases many megawatts of electricity and #bitcoin 🅱 hashrate to stabilize public power grids:



1:41 PM · Jun 7, 2020 · Twitter Web App

24 Retweets   98 Likes