# EXHIBIT I

| | |
|---|---|
| **From:** | Rohde, Kurt |
| **Sent:** | Tuesday, June 2, 2020 9:09 AM |
| **To:** | 'contact@layer1.com' |
| **Cc:** | 'alex@layer1.com'; 'aliegl@layer1.com'; 'alex.liegl@layer1.com'; 'alexliegl@layer1.com'; 'alexl@layer1.com' |
| **Subject:** | FW: Lancium Intellectual Property |
| **Attachments:** | US10608433.pdf |

Dear Mr. Liegl,

I am following up on the email below. Please contact me or Michael McNamara < michael.mcnamara@lancium.com > directly at your earliest convenience so we can discuss this matter further.

Sincerely,
Kurt Rohde



**Kurt W. Rohde** | Partner | 300 South Wacker Drive | Chicago, Illinois 60606-6709
312-913-3356 direct | 312-437-3725 mobile | 312-913-0001 main | 312-913-0002 fax
rohdek@mbhb.com | www.mbhb.com
MBHB INTELLECTUAL PROPERTY LAW

---

**From:** Rohde, Kurt
**Sent:** Friday, May 22, 2020 5:54 PM
**To:** 'Liegl@layer1.com' ; 'contact@layer1.com'
**Subject:** Lancium Intellectual Property

To: Mr. Alex Liegl, CEO
    Layer1

My client Lancium has become aware of your activities relating to data center demand response functionality.

https://www.prnewswire.com/news-releases/layer1-launches-bitcoin-batteries-to-stabilize-energy-grids-by-releasing-electricity-to-meet-market-demand-301063984.html

https://www.forbes.com/sites/christopherhelman/2020/05/21/how-this-billionaire-backed-crypto-startup-gets-paid-to-not-mine-bitcoin/#4864d7ec7596

As you probably know, Lancium has been operating in this market for some time and is actively acquiring intellectual property for its innovations in the market for both behind-the-meter and grid-connected data centers. As an example, we would like to direct your attention to U.S. Patent No. 10,608,433, attached here for your convenience. Based on

1

publicly available information, it is possible that your approach to demand response services may infringe one or more of Lancium's patents. My client is receptive to commercial opportunities for collaboration and would be willing to discuss the matter over the phone.

Sincerely,
Kurt Rohde



**Kurt W. Rohde** | Partner | 300 South Wacker Drive | Chicago, Illinois 60606-6709
312-913-3356 direct | 312-437-3725 mobile | 312-913-0001 main | 312-913-0002 fax
rohdek@mbhb.com | www.mbhb.com
MBHB INTELLECTUAL PROPERTY LAW