# EXHIBIT J

HOME     PRESS (PRESS.HTML)     CONTACT US



Layer1 Technologies Inc. builds **turnkey, fully-integrated Bitcoin mining data centers** that boost the profitability of energy assets and improve the reliability of electrical grids.

# Building Bitcoin Batteries.

HOME  PRESS (PRESS.HTML)  CONTACT US



# Our mission is to build a sustainable future for the digital world's growing energy needs.

Our technology enables unique value creation through the innovative integration of energy systems with high-performance computing. By owning the entire Bitcoin mining technology stack, we are the world's most efficient converter of Watts to Bitcoins. And due to our scalable liquid cooling system, we help stabilize grids by releasing electricity during times of peak demand.



HOME  PRESS (PRESS.HTML)  CONTACT US



# Liquid Cooling System

Our proprietary immersed liquid cooling system allows us to unlock regions with the world's cheapest electricity, where hot climates make air-cooled data centers impossible.

It also insulates our chips, enabling higher overclocking and longer lifetimes. Fully-integrated into our high-power density containers, our liquid cooling system is patent-pending after four years of in-house research and development.

HOME    PRESS (PRESS.HTML)    CONTACT US



# Custom ASICs

Our custom ASIC production secures a predictable cost basis, no matter Bitcoin's price. Longer ASIC development cycles mean chips produced today are competitive for years to come.

Together with our world-class semiconductor partner, we tailor every aspect of chip and PCB design to optimize performance in our liquid cooling system.

# Energy

Since early 2020, our first Bitcoin mining data center containers have been steadily mining Bitcoin at our large-scale power infrastructure property in West Texas.

Their plug-and-play design allows for the rapid deployment and scaling of our operations. By centralizing the consumption and release of hundreds of Megawatts of electricity per site, each of our Bitcoin mining data centers becomes a large-scale battery.

**HOME**　　**PRESS** **(PRESS.HTML)**　　**CONTACT US**

# Contact us

contact@layer1.com
(mailto:contact@layer1.com)

© 2019 Layer1 Technologies Inc.　　　　Home　　Press (press.html)