# EXHIBIT M

 **Alex Liegl**
@alexanderliegl

Bitcoin Mining Arbitrage Stack:

1) Fixed Price Power Contract
2) Grid Congestion Hedge
3) Forward Sell CLR Capacity
4) Bitcoin Futures
5) Hashrate Futures

8:39 AM · Aug 3, 2020 · Twitter for iPhone

**3** Retweets  **43** Likes  **3** Quote Tweets

 **Nathan** @kid42day · Aug 4
Replying to @alexanderliegl
While there is no capacity market in ERCOT, in RTO/ISO regions where there are (or even in bilateral markets), you could likely enter into a Forward Capacity Contract for actual capacity and not just the ancillary services contemplated under the CLR framework.

 **Alex Liegl** @alexanderliegl · Aug 4
There's an OTC market for CLR forward swaps, albeit idiosyncratic.