# EXHIBIT N



**Alex Liegl** @alexanderliegl · Aug 7
Bitcoin miners are just digitally-native investor owned utilities.

 1    ⟳ 1    ♡ 14    ↑



**Alex Liegl**
@alexanderliegl

And since it's a refinery business you benefit from output multiplicity. Power, hashrate, bitcoin. Multi-variate capital allocation problem to create something scalable across those vectors.

11:31 AM · Aug 7, 2020 · Twitter for iPhone