# EXHIBIT O

 **Alexander Liegl**
@alexanderliegl

Physical power plants take days to turn on/off power and can only in-/decrease output in inefficient bulky increments (>1MW).

Virtual power plants instantly turn on/off power and can in-/decrease output in efficient hyper-granular increments (1kW) = 1000x improvement.

> Alexander Liegl @alexanderliegl · May 27
> Nothing more exciting than building a virtual power plant to power the digital money #bitcoin  to end the endless central bank money printing
> Show this thread

12:00 PM · May 27, 2020 · Twitter Web App

4 Retweets   14 Likes