# EXHIBIT P



**Alexander Liegl**
@alexanderliegl

L1 virtual power plant data centers shut down during peaks for a discounted overall $/MWh power price. Thereby, the power grid operator doesn't have to build the physical power plants it would need to handle market peaks. Saves the public a lot of $$$ !!

7:58 AM · Jun 8, 2020 · Twitter Web App