# EXHIBIT S

## 1.2 Specifications

| Feature | Description | | |
|---|---|---|---|
| Ideal Hash Rate | 11.85TH/s | 12.93TH/s | 14.00TH/s |
| Default chip frequency | 550MHz | 600MHz | 650MHz |
| Estimated wall outlet power consumption (with APW3, 93% efficiency, 25°C ambient temperature) | 1172W+12% | 1275W+7% | 1375W+7% |
| Rated voltage | 11.6 - 13.00V | | |
| Estimated wall outlet power efficiency (with APW3, 93% efficiency, 25°C ambient temperature) | 0.098J/GH + 7% | | |
| Dimensions (L x W x H) | 350mm x 135mm x 158mm | | |
| Net weight | 4.2kg | | |
| Operating ambient temperature | 0 - 40°C | | |

 The miner does not contain a DC/DC converter; therefore, higher input voltage will cause higher mining efficiency.