AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| LANCIUM, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:20-CV-00739-ADA |
| LAYER1 TECHNOLOGIES, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LAYER1 TECHNOLOGIES, INC.

Date:   09/14/2020

*/s/ Michael J. Sacksteder*
*Attorney's signature*

Michael J. Sacksteder
CA No. 191605 / Admitted W.D. Texas
*Printed name and bar number*

Fenwick & West LLP
555 California Street, 12th floor
San Francisco, CA 94104
*Address*

msacksteder@fenwick.com;
rpelayo@fenwick.com
*E-mail address*

(415) 875-2300
*Telephone number*

(415) 281-1350
*FAX number*