UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LANCIUM LLC,<br><br>  Plaintiff,<br><br>v.<br><br>LAYER1 TECHNOLOGIES, INC.,<br><br>  Defendant. | Case No. 6:20-cv-00739-ADA |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Layer1 Technologies, Inc. ("Defendant") files this Unopposed Motion for Extension of Time to Respond to Complaint and respectfully shows the following:

Plaintiff Lancium LLC ("Plaintiff") filed its Complaint on August 14, 2020 (Dkt. No. 1) and served Defendant on August 25, 2020. Defendant's current response deadline is September 15, 2020. Defendant requests an extension to respond on or before October 16, 2020. Counsel for Defendant conferred with counsel for Plaintiff who stated that Plaintiff does not oppose this request.

Wherefore, Defendant respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to October 16, 2020.

Respectfully, submitted,

*/s/ Michael J. Sacksteder*
Michael J. Sacksteder, CA Bar No. 191605
(Admitted W.D. Tex.)
Email: msacksteder@fenwick.com

**FENWICK & WEST LLP**
555 California Street
San Francisco, CA  94104
Telephone:	415.875.2300
Facsimile:	415.281.1350

*Counsel for Defendant*
LAYER1 TECHNOLOGIES, INC.

September 14, 2020

## CERTIFICATE OF SERVICE

The foregoing document was filed under the Court's CM/ECF system, automatically effecting service on counsel of record for all other parties who have appeared in this action on the date of such service.

*/s/ Michael J. Sacksteder*
Michael J. Sacksteder