UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LANCIUM LLC,<br><br>            Plaintiff,<br><br>v.<br><br>LAYER1 TECHNOLOGIES, INC.,<br><br>            Defendant. | Case No. 6:20-cv-00739-ADA |

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This Court, having considered Defendant's Unopposed Motion for Extension of Time to Respond to Complaint (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

Defendant's deadline to respond to the Complaint is extended to October 16, 2020.

SIGNED this _____ day of September 2020.

_____

HONORABLE ALAN D. ALBRIGHT

UNITED STATES DISTRICT JUDGE

1