UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Lancium LLC<br><br>                Plaintiff,<br><br>     v.<br><br>Layer1 Technologies, Inc.<br><br>                Defendant. | Civil Action No. 6:20-cv-00739-ADA<br><br>JURY TRIAL DEMANDED |

**DEFENDANT LAYER1 TECHNOLOGIES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Layer1 Technologies, Inc., through its undersigned counsel, states that it has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

Respectfully, submitted,

*/s/ Michael J. Sacksteder*
Michael J. Sacksteder, CA Bar No. 191605
(Admitted W.D. Tex.)
Email: msacksteder@fenwick.com

**FENWICK & WEST LLP**
555 California Street
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

*Counsel for Defendant*
LAYER1 TECHNOLOGIES, INC.

October 16, 2020

1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail.

          */s/ Michael J. Sacksteder*
          Michael J. Sacksteder