UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LANCIUM LLC,<br><br>  Plaintiff,<br><br>v.<br><br>LAYER1 TECHNOLOGIES, INC.,<br><br>  Defendant. | Civil Action No. 6:20-cv-00739-ADA<br><br>**Jury Trial Demanded** |

## CASE READINESS STATUS REPORT

Plaintiff Lancium LLC ("Lancium") and Defendant Layer1 Technologies, Inc. ("Layer1"), hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on August 14, 2020. There has been one extension for 31 days.

## RESPONSE TO THE COMPLAINT

On October 16, 2020, Defendant Layer1 filed a Motion to Dismiss.

## PENDING MOTIONS

On October 23, 2020, Layer1's Motion to Dismiss was denied without prejudice. No motions are currently pending.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are no related cases in this Judicial District.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted one patent and presently assert a total of 17 claims.

## APPOINTMENT OF TECHNICAL ADVISER

At this time, Lancium and Layer1 do not plan to request that a technical advisor be appointed to this case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet & confer conference on October 23, 2020. The parties do not have any pre-*Markman* issues to raise at the CMC.

Dated:  October 23, 2020        Respectfully submitted,

**BARNES & THORNBURG LLP**

By: *s/Mark C. Nelson*
    Mark C. Nelson
    Texas Bar No. 00794361
    Daniel A. Valenzuela
    Texas Bar No. 24067918
    BARNES & THORNBURG LLP
    2121 N. Pearl Street, Suite 700
    Dallas, TX 75201
    Email: mnelson@btlaw.com
    Email: dvalenzuela@btlaw.com
    Telephone: 214-258-4200
    Fax: 214-258-4199


*Attorneys for Plaintiff*
*Lancium LLC*

*s/ Michael J. Sacksteder*
Michael J. Sacksteder, CA Bar No. 191605
(Admitted W.D. Tex.)
Email: msacksteder@fenwick.com

**FENWICK & WEST LLP**
555 California Street
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350


*Counsel for Defendant*
LAYER1 TECHNOLOGIES, INC.

## CERTIFICATE OF CONFERENCE

This is to certify that on October 23, 2020, counsel for Plaintiff conferred with counsel for Defendant.

                                              */s/ Mark C. Nelson*
                                              Mark C. Nelson

## CERTIFICATE OF SERVICE

The foregoing document was filed under the Court's CM/ECF system, automatically effecting service on counsel of record for all other parties who have appeared in this action on the date of such service.

                                              */s/ Mark C. Nelson*
                                              Mark C. Nelson