UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LANCIUM LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LAYER1 TECHNOLOGIES, INC.,<br><br>        Defendant. | Civil Action No. 6:20-cv-00739<br><br>Jury Trial Demanded |

## UNOPPOSED MOTION TO STAY ALL DEADLINES FOR 60-DAYS

Defendant Layer1 Technologies, Inc. ("Layer1") files this Unopposed Motion to Stay All Deadlines and respectfully moves this Court to stay all unreached deadlines in the case for sixty (60) days.

Pursuant to an agreement between Layer1 and Plaintiff Lancium LLC ("Lancium"), Layer1 seeks this 60-day stay to permit Layer1's new management to evaluate the litigation, including engaging in settlement discussions free from litigation pressure, including the costs associated with preparing Invalidity Contentions due on January 12, 2021, as set forth in the Court's Scheduling Order (Dkt. # 17). This stay is not sought for the purposes of delay. Counsel for Layer1 has conferred with counsel for Lancium and Lancium does not oppose the relief requested.

Dated:  December 29, 2020                              Respectfully submitted,

*s/ Michael J. Sacksteder*
Michael J. Sacksteder, CA Bar No. 191605
(Admitted W.D. Tex.)
Email: msacksteder@fenwick.com

**FENWICK & WEST LLP**
555 California Street
San Francisco, CA  94104
Telephone:415.875.2300
Facsimile: 415.281.1350

*Counsel for Defendant*
LAYER1 TECHNOLOGIES, INC.

## CERTIFICATE OF CONFERENCE

This is to certify that on December 28 and 29, 2020, counsel for Defendant conferred with counsel for Plaintiff.

*/s/ Michael J. Sacksteder*

## CERTIFICATE OF SERVICE

The foregoing document was filed under the Court's CM/ECF system, automatically effecting service on counsel of record for all other parties who have appeared in this action on the date of such service.

*/s/ Michael J. Sacksteder*