UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LANCIUM LLC,<br><br>          Plaintiff,<br><br>v.<br><br>LAYER1 TECHNOLOGIES, INC.,<br><br>          Defendant. | Civil Action No. 6:20-cv-00739<br><br>Jury Trial Demanded |

**ORDER ON UNOPPOSED MOTION TO STAY ALL DEADLINES FOR 60-DAYS**

WHEREFORE, the Court has considered Defendant Layer1 Technologies, Inc.'s ("Layer1's") Unopposed Motion to Stay all Deadlines for 60-Days (the "Motion"). The Court, being well-advised, finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is GRANTED and that the unreached deadlines are hereby stayed for sixty (60) days.

SIGNED this ____ day of _____, 2020

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE