UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LANCIUM LLC, <br><br> Plaintiff, <br><br> v. <br><br> LAYER1 TECHNOLOGIES, INC., <br><br> Defendant. | Civil Action No. 6:20-cv-00739 <br><br> Jury Trial Demanded |

**STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lancium LLC ("Lancium") and Defendant Layer1 Technologies, Inc. ("Layer1") hereby stipulate to dismissal of this action WITH PREJUDICE pursuant to the terms of a Settlement Agreement. The parties further stipulate that each party shall bear their own costs, expenses, and attorneys' fees.

The Parties agree that the Court retains jurisdiction for the purpose of enforcing the terms of the Settlement Agreement and the United States District Court for the Western District of Texas is an agreed venue for any future claims relating thereto.

| | |
|---|---|
| Dated:  March 5, 2021 | Respectfully submitted,<br><br>**BARNES & THORNBURG LLP**<br><br>By: *s/ Mark C. Nelson*<br><br>Mark C. Nelson<br>Texas Bar No. 00794361<br>Daniel A. Valenzuela<br>Texas Bar No. 24067918<br>BARNES & THORNBURG LLP<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX 75201<br>Email: mnelson@btlaw.com<br>Email: dvalenzuela@btlaw.com<br>Telephone: 214-258-4200<br>Fax: 214-258-4199<br><br><br>*Attorneys for Plaintiff*<br>*Lancium LLC*<br><br>*s/ Michael J. Sacksteder*<br><br>Michael J. Sacksteder, CA Bar No. 191605<br>(Admitted W.D. Tex.)<br>Email: msacksteder@fenwick.com<br><br>**FENWICK & WEST LLP**<br>555 California Street<br>San Francisco, CA  94104<br>Telephone:     415.875.2300<br>Facsimile:      415.281.1350<br>*Counsel for Defendant*<br><br>LAYER1 TECHNOLOGIES, INC. |

## CERTIFICATE OF SERVICE

The foregoing document was filed on March 5, 2021 through the Court's CM/ECF system, automatically effecting service on counsel of record for all other parties who have appeared in this action on the date of such service.

*/s/ Mark C. Nelson*
Mark C. Nelson
