UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LANCIUM LLC,<br><br>  Plaintiff,<br><br>v.<br><br>LAYER1 TECHNOLOGIES, INC.,<br><br>  Defendant. | Civil Action No. 6:20-cv-00739<br><br>Jury Trial Demanded |

**ORDER ON STIPULATION TO DISMISS WITH PREJUDICE**

WHEREFORE, the Court has considered the Parties' Stipulation to Dismiss with Prejudice. The Court, being well-advised, finds the Stipulation should be GRANTED and this action is dismissed WITH PREJUDICE.

IT IS THEREFORE ORDERED that the Stipulation of Dismissal is GRANTED. This Court, retains jurisdiction for the purpose of enforcing the terms of the Settlement Agreement and the United States District Court for the Western District of Texas is an agreed venue for any future claims relating thereto.

Signed this _____ day of _____, 2021

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

4